UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YURIDIA OCHOA,<br><br>       Plaintiff,<br><br>    v.<br><br>CITY OF SAN JOSE, et al.,<br><br>       Defendants. | Case No.  21-cv-02456-BLF   (SVK)<br><br>**ORDER ON JOINT DISCOVERY LETTER BRIEF**<br><br>Re: Dkt. No. 34 |

The Court's rulings on the Parties' Joint Discovery Letter Brief (Dkt. 34) are set forth in **Exhibit A**. The Court further **ORDERS** as follows:

1. The Parties must meet and confer and enter into a stipulated protective order by **November 4, 2021**. If the Parties cannot agree, they must submit the dispute in accordance with the undersigned's Civil and Discovery Referral Matters Standing Order.

2. All documents ordered to be produced are to be made available by **November 15, 2021**.

3. A privilege log must be provided no later than **14 days** after document production.

**SO ORDERED.**

Dated: October 25, 2021

_____
SUSAN VAN KEULEN
United States Magistrate Judge