UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YURIDIA OCHOA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF SAN JOSE, et al.,<br><br>　　　　Defendants. | Case No. 21-cv-02456-BLF   (SVK)<br><br>**ORDER DENYING PROPOSED STIPULATED PROTECTIVE ORDER**<br><br>Re: Dkt. No. 41 |

The Court **DENIES** the Parties' proposed stipulated protective order. Dkt. 41. The Court does not enter piecemeal protective orders directly solely at specific discovery requests. The Parties are **ORDERED** to meet and confer regarding a stipulated protective order that will apply to all properly designated documents in this action. The Parties have until **November 16, 2021**, to file a proposed order in accordance with this Order and the undersigned's Civil and Discovery Referral Matters Standing Order (including the requirement that the Parties submit a redline); otherwise the Court will enter the current order, striking the limitations to specific discovery requests.

**SO ORDERED.**

Dated: November 9, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_Susan van Keulen_
　　　　　　　　　　　　　　　　　　　　　　　　　　　　SUSAN VAN KEULEN
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge